

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2015

No. 04-15-00095-CV

**IN THE INTEREST OF N.B.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00469
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellants have each filed a motion for extension of time to file their briefs. We **grant** the motions. We **order** both appellants' briefs to be filed by **May 12, 2015**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court